1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT
                        FOR THE WESTERN DISTRICT OF WASHINGTON
9                                       AT SEATTLE

10

UNITED STATES OF AMERICA, et al.,              Case No. C70-9213RSM
11
                        Plaintiffs,            Sub-proceeding No. 17-03
12
        v.                                     **STIPULATION AND ORDER SETTING**
13                                             **MEDIATION SCHEDULE**
STATE OF WASHINGTON, et al.,
14
                        Defendants.
15

16

17
                                    **STIPULATION**
18
        On December 8, 2017, the Supreme Court of the United States granted the Upper Skagit
19
Indian Tribe's petition for certiorari in *Lundgren v. Upper Skagit Indian Tribe*, 389 P.3d 569
20
(Wash. 2017). *Upper Skagit Indian Tribe v. Lundgren*, No. 17-387, 2017 WL 4075456, at *1
21
(U.S. Dec. 8, 2017). Counsel for the Upper Skagit Indian Tribe had hoped to be able to complete
22
briefing and prepare for oral argument in the *Lundgren* matter while also preparing for this
23
mediation, but have concluded that it cannot.
24

25
        Accordingly, the Stillaguamish Tribe of Indians, Swinomish Indian Tribal Community,

STIPULATION AND ORDER SETTING
MEDIATION SCHEDULE - 1

Tulalip Tribes, and Upper Skagit Indian Tribe (collectively, "Requesting Parties") stipulate to continuing the initial mediation conference to May 2018, and to a revised mediation schedule, subject to the Court's availability, as follows:

April 20, 2018   The Requesting Parties jointly submit to the Court:

   a.   A statement of the factual and legal issues that will be the subject of mediation;

   b.   Any and all background information, including copies of relevant docket entries from the main proceeding, that will be necessary to a full understanding of the issues; and

   c.   An outline of each party's positions on the issues. The Requesting Parties may also each submit to the Court a confidential statement on each party's position.

May 4, 2018   Initial mediation conference

DATED this 18th day of February, 2018.

**SWINOMISH INDIAN TRIBAL COMMUNITY**

By: s/ *James M. Jannetta*
   James M. Jannetta, WSBA #36525

By: s/ *Emily Haley*
   Emily Haley, WSBA #38284

   Office of the Tribal Attorney
   Swinomish Indian Tribal Community
   11404 Moorage Way
   La Conner, Washington 98257
   Tel: (360) 466-3163
   Email: jjannetta@swinomish.nsn.us
   Email: ehaley@swinomish.nsn.us

**SAVITT BRUCE & WILLEY LLP**

By: s/ *David N. Bruce*
   David N. Bruce, WSBA #15237

**STILLAGUAMISH TRIBE OF INDIANS**

By: s/ *Rob Roy Smith*
   Rob Roy Smith, WSBA #33798

By: s/ *Claire R. Newman*
   Claire R. Newman, WSBA #46200

   Kilpatrick Townsend & Stockton, LLP
   1420 Fifth Avenue, Suite 3700
   Seattle, Washington 98101
   Tel: (206) 467-9600
   Email: rsmith@kilpatricktownsend.com
   Email: cnewman@kilpatricktownsend.com

   Scott Mannakee, WSBA # 19454
   Tribal Attorney
   Stillaguamish Tribe of Indians
   3322 236th Street NE
   Arlington, WA 98223
   Tel: (360) 572-3028

STIPULATION AND ORDER SETTING
MEDIATION SCHEDULE - 2
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Savitt Bruce & Willey LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: dbruce@sbwLLP.com

*Attorneys for Swinomish Indian Tribal Community*

**TULALIP TRIBES**

By: s/ *Mason D. Morisset*
    Mason D. Morisset, WSBA #00273

    Morisset Schlosser Jozwiak & Somerville
    1115 Norton Building
    801 Second Avenue
    Seattle, Washington 98104
    Tel: (206) 386-5200
    Email: m.morisset@msaj.com

    Saza Osawa, WSBA #42050
    Office of the Reservation Attorney
    Tulalip Tribes
    6406 Marine Drive
    Tulalip, Washington 98271
    Tel: (360) 716-4547
    Email: sosawa@tulaliptribes-nsn.gov

*Attorneys for the Tulalip Tribes*

Email: smannakee@stillaguamish.com

*Attorneys for the Stillaguamish Tribe of Indians*

**UPPER SKAGIT INDIAN TRIBE**

By: s/ *Arthur W. Harrigan, Jr.*
    Arthur W. Harrigan, Jr., WSBA #1751

By: s/ *Tyler L. Farmer*
    Tyler L. Farmer, WSBA #39912

By: s/ *Kristin E. Ballinger*
    Kristin E. Ballinger, WSBA #28253

    Harrigan Leyh Farmer & Thomsen LLP
    999 Third Avenue, Suite 4400
    Seattle, Washington 98104
    Tel: (206) 623-1700
    Email: arthurh@harriganleyh.com
    Email: tylerf@harriganleyh.com
    Email: kristinb@harriganleyh.com

    David S. Hawkins, WSBA #35370
    General Counsel
    Upper Skagit Indian Tribe
    25944 Community Plaza Way
    Sedro-Woolley, Washington 98284
    Tel: (360) 854-7016
    Emil: dhawkins@upperskagit.com

*Attorneys for Upper Skagit Indian Tribe*

STIPULATION AND ORDER SETTING
MEDIATION SCHEDULE - 3
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

## ORDER

The initial mediation conference in this matter is rescheduled to May 4, 2018 at 9:00 a.m.

By April 20, 2018, the Requesting Parties shall jointly submit to the Court:

  a.   A statement of the factual and legal issues that will be the subject of mediation;

  b.   Any and all background information, including copies of relevant docket entries from the main proceeding, that will be necessary to a full understanding of the issues; and

  c.   An outline of each party's positions on the issues. The Requesting Parties may also each submit to the Court a confidential statement on each party's position.

DATED this 5th day of February, 2018.

_____
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER SETTING
MEDIATION SCHEDULE - 4
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717