# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, *et al.*, <br><br> Defendants. | CASE NO. C70-9213RSM <br><br> Sub-proceedings No. 17-03 <br><br> ORDER STAYING PROCEEDINGS |

This matter came before the Court on the "Order Granting Joint Request for Appointment of Mediator" signed by the Honorable Ricardo S. Martinez on October 27, 2017. The mediation is hereby STAYED for sixty days to allow the Stillaguamish Tribe of Indians, the Swinomish Indian Tribal Community, the Tulalip Tribes, and the Upper Skagit Indian Tribes to pursue tribal-to-tribal negotiations. Stillaguamish and Tulalip shall meet on July 13, 2018, for another round of preliminary discussions, with the time and location to be determined. At least one additional inter-tribal session shall be held before the end of August: all four Tribes are encouraged to attend that session.

ORDER STAYING PROCEEDINGS - 1

On or before August 27, 2018, the parties shall submit a joint status report apprising the mediator of the status of the negotiations and whether another mediation session should be scheduled.

DATED this 25th day of June, 2018.

Robert S. Lasnik
United States District Judge