UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No. C70-9213 <br><br> Sub-proceeding No. 17-sp-03 <br><br> MINUTE ORDER LIFTING STAY |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

This matter previously came before the Court on the Stillaguamish Tribe of Indians, Swinomish Indian Tribal Community, Tulalip Tribes, and Upper Skagit Indian Tribe's (collectively, the Requesting Parties) Joint Request for Appointment of Mediator. *See* Dkt. #34. This matter was subsequently referred to the Honorable Robert S. Lasnik, Senior United States District Judge, for mediation. Judge Lasnik has informed this Court that mediation was unsuccessful. Accordingly, the Court will now LIFT the stay that had been in place while this matter was in mediation, and the matter shall proceed in front of the Undersigned.

The Clerk SHALL issue a revised Order Regarding Initial Disclosures and Joint Status Report.

MINUTE ORDER -1

1     DATED this  16th  day of July, 2018.

2

                                          WILLIAM McCOOL, Clerk

3
                                          By:     /s/ Sharita Tolliver
4                                                     Deputy Clerk

MINUTE ORDER -2