The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>     Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON, et al.,<br><br>     Defendant. | No. C70-9213-RSM<br>Subproceeding No. 17-3<br><br>**STIPULATION AND ORDER<br>EXTENDING DISCOVERY CUTOFF<br>FOR A LIMITED PURPOSE**<br><br>**NOTE ON MOTION CALENDAR:<br>OCTOBER 26, 2020** |

## STIPULATION

Pursuant to the Joint Stipulation and Order Amending Pretrial Schedule, Trial Date and Related Deadlines, March 20, 2020 (Subproceeding 17-3 Dkt. 150), the deadline for completion of all discovery in this matter (the "Discovery Cutoff") is October 30, 2020.

Pursuant to agreement of the Stillaguamish Tribe of Indians ("Stillaguamish"), the Swinomish Indian Tribal Community ("Swinomish"), the Upper Skagit Indian Tribe ("Upper Skagit"), and the Tulalip Tribes ("Tulalip") and duly-served notices and amended notices, the Fed. R. Civ. P. 30(b)(6) deposition of Stillaguamish was scheduled for October 26, 2020.

On October 1, 2020, Stillaguamish filed its Motion for Protective Order to Quash Swinomish Indian Tribal Community and Upper Skagit Indian Tribe's CR 30(b)(6) Deposition Topics 2, 3, and 4, and Memorandum in Support Thereof (Dkt. 156; the "Motion") seeking

1  relief as described therein relating to the scope of Stillaguamish Rule 30(b)(6) deposition.  The

2  Motion was submitted and noted for consideration on October 9, 2020.

3      On the afternoon of October 22, 2020, Stillaguamish, Swinomish, Upper Skagit, and

4  Tulalip (the "parties") conferred and agreed, in the interests of efficiency for all parties and in

5  light of the pendency of the Motion, to strike the October 26, 2020 date for the Stillaguamish

6  Rule 30(b)(6) deposition.  The parties further agreed to work together, following entry of an

7  order resolving the Motion, to reschedule the Stillaguamish Rule 30(b)(6) deposition at the

8  earliest mutually agreeable date and time, including after the currently scheduled Discovery

9  Cutoff.

10     On October 23, 2020, the Court issued its Order Denying Protective Order (Dkt. 163).

11     The parties seek a limited extension of the Discovery Cutoff solely for the purpose of

12 conducting the Stillaguamish Rule 30(b)(6) deposition, previously scheduled for October 26,

13 2020.  The parties agree that the Stillaguamish Rule 30(b)(6) deposition may occur after the

14 Discovery Cutoff, and in any event no later than November 20, 2020. The parties agree that

15 Swinomish's second amended deposition notice and Upper Skagit's amended deposition notice

16 shall govern the deposition topics. This Stipulation only applies to the Stillaguamish Rule

17 30(b)(6) deposition.

18     //

19     //

20     //

21     //

22     //

23     //

24     //

25     //

26     //

27

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 2
No. 70-9213 / Sub. No. 17-3

1

2
DATED:  October 26, 2020.

3
**KILPATRICK TOWNSEND & STOCKTON, LLP**       **SAVITT BRUCE & WILLEY LLP**

4

5
By: _____s/Rob Roy Smith_____       By: _____s/David N. Bruce_____

By: _____s/Claire R. Newman_____       By: _____s/Duffy Graham_____

6
By: _____s/Bree R. Black Horse_____       By: _____s/James Herr_____

7
   Mr. Rob Roy Smith, WSBA #33798          Mr. David N. Bruce, WSBA #15237

   Ms. Claire R. Newman, WSBA #46200          Mr. Duffy Graham, WSBA #33103

8
   Ms. Bree R. Black Horse, WSBA #47803          Mr. James Herr, WSBA #49811

   1420 Fifth Avenue, Suite 3700          1425 Fourth Avenue Suite 800

9
   Seattle, Washington 98101          Seattle, Washington  98101-2272

   Telephone: (206) 467-9600          Telephone: 206.749.0500

10
   Email: rsmith@kilpatricktownsend.com          Email:  dbruce@sbwLLP.com

   Email: cnewman@kilpatricktownsend.com          Email:  dgraham@sbwLLP.com

11
   Email:          Email:  jherr@sbwLLP.com

   brblackhorse@kilpatricktownsend.com

12

13
**STILLAGUAMISH TRIBE OF INDIANS**       **SWINOMISH INDIAN TRIBAL COMMUNITY**

14

15
By: _____s/Scott O. Mannakee_____       By: _____s/James M. Jannetta_____

   Mr. Scott O. Mannakee       By: _____s/Emily Haley_____

16
   Tribal Attorney          Mr. James M. Jannetta, WSBA #36525

   Stillaguamish Tribe of Indians          Ms. Emily Haley, WSBA #38284

17
   3322 236th Street NE          Office of Tribal Attorney

   Arlington, WA 98223          Swinomish Indian Tribal Community

18
   Email: smannakee@stillaguamish.com          11404 Moorage Way

19
   La Conner, Washington 98257

*Attorneys for Stillaguamish Tribe of Indians*          Telephone: 360.466.1134

20
   Facsimile:  360.466.5309

   Email: jjannetta@swinomish.nsn.us

21
   Email: ehaley@swinomish.nsn.us

22

23
*Attorneys for Swinomish Indian Tribal Community*

24

25

26

27

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 3
No. 70-9213 / Sub. No. 17-3

1
2

**MORISSET SCHLOSSER JOZWIAK & SOMERVILLE**

**HARRIGAN LEYH FARMER & THOMSEN LLP**

3

4

By:      *s/Mason D. Morisset*
     Mr. Mason D. Morisset

By:   *s/Tyler L. Farmer*

By:   *s/Arthur W. Harrigan , Jr.*

5

     811 First Avenue, Ste. 218
     Seattle, WA 98104

By:   *s/Kristin E. Ballinger*

     Mr. Tyler L. Farmer

6

     Email: m.morisset@msaj.com

     Mr. Arthur W. Harrigan , Jr.

7

**TULALIP TRIBES**

     Ms. Kristin E. Ballinger
     999 Third Avenue, Ste. 4400

8

     Seattle, Washington 98104
     Email: tylerf@harriganleyh.com

9

By:      *s/Saza Osawa*

     Email: arthurh@harriganleyh.com
     Email: kristinb@harriganleyh.com

10

     Saza Osawa, WSBA #42050
     Office of the Reservation Attorney

11

     Tulalip Tribes
     6406 Marine Drive

**UPPER SKAGIT INDIAN TRIBE**

12

     Tulalip, Washington 98271
     Tel: (360) 716-4547

13

     Email: sosawa@tulaliptribes-nsn.gov

By:      *s/David S. Hawkins*
     Mr. David S. Hawkins

14

*Attorneys for Tulalip Tribes*

     Upper Skagit Indian Tribe
     General Counsel

15

     25944 Community Plaza Way

16

     Sedro-Woolley, Washington 98284
     Email: dhawkins@upperskagit.com

17

18

*Attorneys for Upper Skagit Indian Tribe*

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 4
No. 70-9213 / Sub. No. 17-3

**ORDER**

For the limited purpose of accommodating the Fed. R. Civ. P. Rule 30(b)(6) deposition of the Stillaguamish Tribe of Indians, the deadline for completion of discovery in this matter shall be extended to November 20, 2020.  All other case deadlines, including the deadline for completion of all other discovery in this matter, shall remain unchanged.

**IT IS SO ORDERED.**

DATED this 27th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 5
No. 70-9213 / Sub. No. 17-3

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 26, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 26th day of October, 2020 at Seattle, Washington.

Nate Garberich

CERTIFICATE OF SERVICE - 1
No. 70-9213 / Sub. No. 17-3

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500