*The Honorable Ricardo S. Martinez*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>STATE OF WASHINGTON, *et al.*,<br><br>　　　　　Defendants.<br><br><br>STILLAGUAMISH TRIBE OF INDIANS,<br><br>　　　　　Petitioner(s),<br><br>　　v.<br><br><br>STATE OF WASHINGTON, *et al.*,<br><br>　　　　　Respondent(s). | Case No. C70-9213 RSM<br>Subproceeding: 17-03<br><br>**JOINT STIPULATION AND ORDER EXTENDING SUPPLEMENTAL EXPERT DEPOSITION DEADLINE AS TO UPPER SKAGIT EXPERT DR. BRUCE MILLER** |

JOINT STIPULATION TO EXTEND SUPPLEMENTAL
EXPERT DEPOSITION DEADLINE AS TO UPPER
SKAGIT EXPERT DR. BRUCE MILLER
Case No. C70-9213, Subp. No. 17-03

Kilpatrick, Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## INTRODUCTION

Petitioner Stillaguamish Tribe of Indians ("Stillaguamish") and Respondents Upper Skagit Indian Tribe ("Upper Skagit"), Swinomish Indian Tribal Community ("Swinomish"), and Tulalip Tribes ("Tulalip") (collectively, "Parties") hereby stipulate to extend the supplemental expert deposition deadline for Upper Skagit's expert witness, Dr. Bruce Miller, from September 24, 2021, to December 15, 2021.

## BACKGROUND

By Order dated May 12, 2021, the Court amended the case schedule to permit limited additional expert discovery based on Swinomish's production of documents following the close of discovery in this matter.[1]  Consistent with the amended case schedule, Stillaguamish produced the supplemental expert report of Dr. Chris Friday by June 15, 2021.  Also consistent with the amended case schedule, Upper Skagit produced a supplemental rebuttal expert from its expert, Dr. Bruce Miller by August 18, 2021, and Swinomish produced the supplemental rebuttal expert reports from its experts, Dr. Anthony Gulig and Dr. Astrida Blukis-Onat, by August 18, 2021.  Tulalip did not produce a supplemental expert report from Dr. Deward Walker.  The Parties then conducted supplemental depositions of the expert witnesses for Stillaguamish and Swinomish by September 24, 2021.

Following timely submission of his supplemental rebuttal expert report on August 18, 2021, expert for Upper Skagit, Dr. Bruce Miller, underwent major surgery.  As a result of his extended recovery from that procedure, Dr. Miller is not available to appear for a deposition prior to the Court's previously imposed deadline of September 24, 2021.  Although the specific time

---

[1] Case No. 2:17-sp-00003-RSM, Dkt. ## 215, 218.

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING SUPPLEMENTAL EXPERT DEPOSITION
DEADLINE AS TO UPPER SKAGIT EXPERT DR.
BRUCE MILLER - Page 1
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

Dr. Miller will be available for his supplemental deposition remains unknown, the Parties anticipate that it will be no later than December 15, 2021. Good cause therefore exists to enter the Parties' stipulation.

The Parties do not seek to alter any of the other dates in the case schedule set by the Court in the Order dated May 12, 2021.[2]

## STIPULATION

The Parties hereby jointly stipulate to extending the supplemental expert deposition deadline for Upper Skagit's expert, Dr. Bruce Miller, to December 15, 2021.

DATED this 24th day of September, 2021.

| STILLAGUAMISH TRIBE OF INDIANS | SWINOMISH INDIAN TRIBAL COMMUNITY |
|---|---|
| By: /s/ Rob Roy Smith<br>Rob Roy Smith, WSBA #33798<br>Email: rrsmith@kilpatricktownsend.com<br>Bree R. Black Horse, WSBA # 47803<br>Email: brblackhorse@kilpatricktownsend.com<br>Kilpatrick Townsend & Stockton, LLP<br>1420 Fifth Avenue, Suite 3700<br>Seattle, Washington 98101<br><br>Scott Owen Mannakee, WSBA #19454<br>Email: smannakee@stillaguamish.com<br>3322 236th Street NE<br>Arlington, WA 98223<br>*Attorneys for the Stillaguamish Tribe of Indians* | By: /s/ Duffy J. Graham<br>Emily Rae Hutchinson Haley, WSBA #38284<br>Email: ehaley@swinomish.nsn.us<br>James Jannetta, WSBA #36525<br>Email: jjannetta@swinomish.nsn.us<br>Swinomish Indian Tribal Community<br>11404 Moorage Way<br>La Conner, WA 98257<br><br>David Nelson Bruce, WSBA #15237<br>Email: dbruce@sbwllp.com<br>Duffy J. Graham, WSBA #33103<br>Email: dgraham@sbwllp.com<br>Duffy Graham | Savitt Bruce & Willey LLP<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101-2272<br>*Attorneys for Swinomish Indian Tribal Community* |

---

[2] Case No. 2:17-sp-00003-RSM, Dkt. # 218.

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUPPLEMENTAL EXPERT DEPOSITION DEADLINE AS TO UPPER SKAGIT EXPERT DR. BRUCE MILLER - Page 2
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

| | |
|---|---|
| **UPPER SKAGIT INDIAN TRIBE**<br><br>By: */s/ Kristin Ballinger*<br>Arthur W. Harrigan, Jr., WSBA # 1751<br>Email: arthurh@harriganleyh.com<br>Tyler Farmer, WSBA # 39912<br>Email: tylerf@harriganleyh.com<br>Kristin Ballinger, WSBA# 28253<br>Email:kristinb@harriganleyh.com<br>Harrington Leyh Farmer & Thomsen LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel: (360) 854-7016<br><br>David S. Hawkins, WSBA  # 35370<br>Email:  dhawkins@upperskagit.com<br>General Counsel<br>Upper Skagit Indian Tribe<br>25944 Community Plaza Way<br>Sedro-Woolley, WA 98284<br>Tel: (360) 854-7016<br><br>*Attorneys for Upper Skagit Indian Tribe* | **TULALIP TRIBES**<br><br>By: */s/ Mason D. Morisset*<br>Mason D. Morisset, WSBA #273<br>Email: m.morisset@msaj.com<br>811 1st Avenue, Suite 218<br>Seattle, WA 98104<br>Tel: (206) 386-5200<br>*Attorney for the Tulalip Tribes* |

## **ORDER**

The case schedule is hereby amended to extend the supplemental expert deposition deadline for Upper Skagit's expert witness, Dr. Bruce Miller, from September 24, 2021, to December 15, 2021.

IT IS SO ORDERED this 28th day of September, 2021.

                                                                                     _____
                                                                                     RICARDO S. MARTINEZ
                                                                                     CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUPPLEMENTAL EXPERT DEPOSITION DEADLINE AS TO UPPER SKAGIT EXPERT DR. BRUCE MILLER - Page 3
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600